IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-00352-01-CR-W-FJG |
| | ) |
| CLINTON J. GILLESPIE, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture (Doc. #28), filed September 26, 2006. On March 9, 2006, this Court entered a Preliminary Order of Forfeiture (Doc. #17) forfeiting the following property to the United States:

> One Hypertech computer, product key number D36FB-2GQ7YD747G-GQ3GDD2GCT;
>
> One Epson Stylus Photo 2200 color printer, serial number JY076910;
>
> One Epson Perfection 3170 photo scanner, serial number E95W021092;
>
> GBC Classic Cut CL300 paper cutter;
>
> Fiskar paper cutter; and
>
> Numerous pieces of paper, some bearing images of Alexander Hamilton.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in The Pulse Legal Publication, a daily newspaper of general circulation published in Jackson County, Missouri, on August 18, 2006, August 25, 2006, and September 1, 2006. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to

the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant Clinton J. Gillespie had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this   29th   day of   November  , 2006.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge